IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICK ANDREW WIELAND, | ) | CV 24-00215 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF | ) | |
| HONOLULU; ARTHUR LOGAN, | ) | |
| Chief of Police of the Honolulu | ) | |
| Police Department in His Official | ) | |
| Capacity Only; DAMIEN DESA, | ) | |
| Individually and in His Official | ) | |
| Capacity; and DOE POLICE | ) | |
| OFFICERS 1-15, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 03, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Sustain Plaintiff's Objection to Defendants' Request for

Taxation of Costs", ECF No. 87,  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: March 23, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

*Patrick Andrew Wieland vs. City and County of Honolulu, et al*; Civil No. 24-00215 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**